1026

[No. 71458-9-I. Division One. June 22, 2015.]

*In the Matter of the Trustee's Sale of the Real Property of the Heirs or Devisees of* ALAN E. JAMES.

CAROLANNE STEINBACH, *as Personal Representative, Appellant,* v. BANK OF AMERICA, NA, *Respondent.*

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 71620-4-I. Division One. June 22, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. HUGH EDWIN WILCOX, *Appellant.*

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Leach, J.

[No. 71631-0-I. Division One. June 22, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS M. GAUTHIER, *Appellant.*

*Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Becker, J. Now published at 189 Wn. App. 30.